IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**LORI BLAKELY,**

    **Petitioner,**

**vs.**                                                    **5:04-CV-378-SPM**

**JOSE BARRON, Warden,**

    **Respondent.**

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 12) filed July 15, 2005.  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 12) is adopted and incorporated by reference in this order.

2. The amended petition for writ of habeas corpus (doc. 9) is *denied*.

3. This case is *dismissed with prejudice*.

**DONE AND ORDERED** this twenty-second day of August, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao